IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| TOMMY'S PROPERTIES LLC, | § | |
| Plaintiff, | § § § | |
| VS. | § § | NO. 4:15-CV-450-A |
| LIBERTY MUTUAL INSURANCE COMPANY, ET AL, | § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

Consistent with the discussion had and rulings made during the telephone conference, with counsel for plaintiff and counsel for defendants on the line, conducted on the date of the signing of this final judgment,

The court ORDERS, ADJUDGES, and DECREES that all claims and causes of action asserted in the above-captioned action by plaintiff, Tommy's Properties LLC, against defendants, Liberty Mutual Insurance Company, American Economy Insurance Company, and American States Insurance Company, be, and are hereby, dismissed with prejudice.

The court further ORDERS, ADJUDGES, and DECREES that each party to this action bear the costs of court and attorney's fees incurred by such party.

SIGNED September 9, 2015.

_____
JOHN McBRYDE
United States District Judge